RECEIVED
JUL 1 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON ORTEGO<br>　　LA. DOC #239007<br>VS. | CIVIL ACTION NO. 6:12-cv-2718<br><br>SECTION P<br><br>JUDGE DOHERTY |
| LCS CORRECTIONS, INC., ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _15_ day of _July_, 2013.

　　　　　　　　　　　　　　　REBECCA F. DOHERTY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE